**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LANNY WORTMAN**                                                      **PLAINTIFF**

**v.**                          **NO. 4:01CV00846 GH**

**THE CITY OF MORRILTON, ARKANSAS**                        **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on the __27__ day of __October__, the parties having advised the Court that the above styled cause has been settled, the Court does hereby order it to be dismissed with prejudice.

IT IS SO ORDERED.

_____
GEORGE HOWARD
UNITED STATES DISTRICT JUDGE

Prepared by:

_____
M. Keith Wren
Attorney for Defendant

Approved as to form:

_____
Gregg Almand
Attorney for Plaintiff